

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-12-00752-CR

Dionisio **TORRES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012CRB050 L-2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Sitting:    Catherine Stone, Chief Justice
    Karen Angelini, Justice
    Sandee Bryan Marion, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court